Case 5:26-cv-00200   Document 16   Filed 02/25/26 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
February 26, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| **JESUS FRANCISCO RODRIGUEZ-TRUJILLO,** | § § § § § | |
| Petitioner, | | |
| VS. | § | CIVIL ACTION NO. 5:26-CV-00200 |
| **KRISTI NOEM**, *et al.*, | § § § § | |
| Respondents. | § | |

# ORDER

Pending before the Court is Jesus Francisco Rodriguez-Trujillo's ("Petitioner") Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, (Dkt. 1), Emergency Pro Se Motion for Temporary Restraining Order, (Dkt. 12), and Emergency Motion for Immediate Release due to Respondents' Non-Compliance and Contempt, (Dkt. 14). On February 17, 2026, Respondents filed an advisory with the Court indicating they would accept Petitioner's bond payment and release him. (Dkt. 13). On February 24, 2026, Respondents filed a second advisory with the Court indicating that on February 20, 2026, Petitioner was released from custody upon payment of a $20,000 bond. (Dkt. 15.) Respondents request that the Court dismiss Petitioner's pending motions as moot. (*See id.*)

The Court requests that Petitioner submit a reply to Respondents' Supplemental Advisory Relating to Petitioner's Release, (Dkt. 15), **by March 2, 2026, at 5 PM Central Standard Time**. Petitioner may indicate in his reply whether Petitioner is opposed to dismissal of the Petition as moot given the change in circumstances since filing his initial petition. If Petitioner chooses not to file a reply, the Court may treat Respondents' argument that the Petition should be denied as moot as unopposed.

1 / 2

The Clerk of Court is **DIRECTED** to send a copy of this order to Petitioner by any receipted means at the following addresses:

**Jesus Francisco Rodriguez-Trujillo**
**13505 Burnet Rd**
**Apt. 6107**
**Austin, TX 78727**

**Jose R Santiago**
**Ste 230**
**24275 Katy Fwy**
**Katy, TX 77494-7259**

IT IS SO ORDERED.

SIGNED this February 25, 2026.

Diana Saldaña
United States District Judge